```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF TENNESSEE
                       EASTERN DIVISION

EQUAL EMPLOYMENT OPPORTUNITY          )
COMMISSION,                           )
                                      )
            Plaintiff,                )
                                      )    CIVIL ACTION NO.
      v.                              )
                                      )
CMBB, LLC.,                           )    COMPLAINT
                                      )    JURY TRIAL DEMAND
            Defendant.                )
                                      )
```

## NATURE OF THE ACTION

This is an action under the Age Discrimination in Employment Act to correct unlawful employment practices on the basis of age and to provide appropriate relief to Charlie Elliott. As described with more particularity herein, the Commission alleges that CMBB, LLC., selected Charlie Elliott for layoff from his job of setter, and discharged him because of his age, then 70.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 7(b) of the Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. § 626(b) (the "ADEA"), which incorporates by reference Sections 16(c) and 17 of the Fair Labor Standards Act of 1938 (the "FLSA"), as amended, 29 U.S.C. §§ 216(c) and 217.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Tennessee.

PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of the ADEA and is expressly authorized to bring this action by Section 7(b) of the ADEA, 29 U.S.C. § 626(b), as amended by Section 2 of Reorganization Plan No. 1 of 1978, 92 Stat. 3781, and by Public Law 98-532 (1984), 98 Stat. 2705.

4. At all relevant times, Defendant, CMBB, LLC. (the "Employer"), has continuously been a limited liability company doing business in the State of Tennessee and the City of Humboldt and has continuously had at least 20 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 11(b), (g) and (h) of the ADEA, 29 U.S.C. §§ 630(b), (g) and (h).

CONCILIATION

6. Prior to institution of this lawsuit, the Commission's representatives attempted to eliminate the unlawful employment practices alleged below and to effect voluntary compliance with the ADEA through informal methods of conciliation, conference and persuasion within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

STATEMENT OF CLAIMS

7. On or about October 13, 2005, Defendant Employer engaged in unlawful employment practices at its Humboldt, Tennessee facility, in violation of Section 4(a) of the ADEA, 29 U.S.C. § 623(a). The practices include selecting Charlie Elliott for layoff from his job as setter at the Humboldt plant on October 13, 2005, and then discharging Mr. Elliot, all because of his age, then 70.

8. Mr. Elliott was in the protected age group (40 and over)at the time he was selected for layoff and discharged.

9. He had been performing his job in a satisfactory manner at all times preceding the layoff.

10. He had 15 years direct experience in that industry and at that plant.

11. He was the oldest employee at that plant.

12. His direct supervisor, Mike Shetsky, evaluated job skills at Defendant's request to determine which employees could be laid off without the loss of essential skills.

13. Mike Shetsky wanted Mr. Elliott to retire.

14. Mike Shetsky evaluated Mr. Elliott's job skills as marginal and Defendant acted on that evaluation.

15. Mr. Elliott was then laid off because of his age, 70.

16. Less qualified or skilled employees younger than 40 were retained.

17. The effect of the practices complained of in paragraph 7 above has been to deprive Charlie Elliott of equal employment

opportunities and otherwise adversely affect his status as an employee because of his age, 70.

18. The unlawful employment practices complained of in paragraph 7 above were willful within the meaning of Section 7(b) of the ADEA, 29 U.S.C. § 626(b).

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns and all persons in active concert or participation with it, from selecting employees for layoff, discharging employees and any other employment practice which discriminates on the basis of age against individuals 40 years of age and older.

B. Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for individuals 40 years of age and older, and which eradicate the effects of its past and present unlawful employment practices.

C. Grant a judgment requiring Defendant Employer to pay appropriate back wages in an amount to be determined at trial, an equal sum as liquidated damages, and prejudgment interest to Charlie Elliott.

D. Order Defendant Employer to make whole Charlie Elliott who was adversely affected by the unlawful practices described

above, by providing the affirmative relief necessary to eradicate the effects of its unlawful practices, including but not limited to reinstatement; adjustment of wages, seniority and benefits to current levels; and restoration of medical insurance.

    E.   Grant such further relief as the Court deems necessary and proper in the public interest.

    F.   Award the Commission its costs of this action.

<u>JURY TRIAL DEMAND</u>

The Commission requests a jury trial on all questions of fact raised by its complaint.

**RONALD S. COOPER**
General Counsel

**JAMES L. LEE**
Deputy General Counsel

**GWENDOLYN YOUNG REAMS**
Associate General Counsel

<u>S/ Faye A. Williams (with permission CSL)</u>
**FAYE A. WILLIAMS**
Regional Attorney
Tennessee Bar No. 011730

<u>S/ Terry Beck (with permission CSL)</u>
**TERRY BECK**
Supervisory Trial Attorney
Tennessee Bar No. 9346

<u>S/ Celia S. Liner</u>
**CELIA S. LINER**
Senior Trial Attorney
Arkansas Bar No. 90183

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
1407 Union Avenue, Suite 621
Memphis, Tennessee  38104
Telephone No. (901) 544-0075